836

No. 563. GREAT NORTHERN RY. CO. v. DELMAR CO. January 19, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. F. G. Dorety* and *R. J. Hagman* for petitioner. *Mr. Fred W. Putnam* for respondent.

No. 600. ATLANTIC COAST LINE R. CO. v. POWE, ADMINISTRATOR. January 19, 1931. Petition for writ of certiorari to the Supreme Court of South Carolina granted. *Messrs. Thomas W. Davis* and *Arthur R. Young* for petitioner. *Messrs. Lionel K. Legge* and *W. Turner Logan* for respondent.

No. 683. ALDRIDGE v. UNITED STATES.

February 25, 1931. The motion for leave to proceed further herein *in forma pauperis* is granted. The petition for writ of certiorari is also granted, limited to the question raised by the exception to the ruling of the trial court on the examination on *voir dire* of prospective jurors. *Mr. James F. Reilly* for petitioner. *Messrs. Leo A. Rover,* U. S. Attorney for the District of Columbia, and *Neil Burkinshaw,* Assistant U. S. Attorney, for the United States.

No. 630. DE FOREST RADIO CO. v. GENERAL ELECTRIC CO. February 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Samuel E. Darby, Jr.,* and *Thomas G. Haight* for petitioner. *Messrs. Ralph B. Evans, Hubert Howson,* and *Albert G. Davis* for respondent.